# In the United States Court of Federal Claims

No. 19-236C
Filed: March 31, 2021

|  |  |
|---|---|
| JONATHAN R. HIRSCH,<br><br>     *Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>     *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons provided in the Memorandum Opinion filed concurrently with this Order, the defendant's motion for judgment on the administrative record (ECF 57) is **GRANTED**. The plaintiff's motion for judgment on the administrative record (ECF 50) is **DENIED**.

The Clerk is directed to enter final judgment for the defendant and close the case. No costs are awarded.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**
